## ANGUS McINTOSH, ADMINISTRATOR OF
## RICHARD DONOVAN, DECEASED
### v.
## WILLIAM CALDWELL

### 1811

### Journal Entries

1. Alias ordered . . . . . . . . . . *Journal, infra,* *p. 355

### Papers in File

1. Precipe for capias . . . . . . . . . . . . .

## BENJAMIN WOODWORTH
### v.
## PETER PELTIER

### 1811

### Journal Entries

1. Discontinuance . . . . . . . . . *Journal, infra,* *p. 355

### Papers in File

1. Precipe for capias . . . . . . . . . . . .
2. Affidavit for bail . . . . . . . . . . . .
3. Capias; order for bail; return . . . . . . . . .